# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

GUTTERY ENTERPRISES, INC.,
FREDERICK GUTTERY, AND
MARTIN & MILLER PROPERTIES,
LLC

NO.  2024 CW 0990

VERSUS

COPART OF LOUISIANA, INC.
AND COPART CATASTROPHE
RESPONSE FLEET, LLC

**DECEMBER 23, 2024**

In Re:  Copart of Louisiana, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 700657.

---

**BEFORE:   WELCH, THERIOT, AND LANIER, JJ.**

**WRIT GRANTED WITH ORDER.** The portion of the district court's August 30, 2024 judgment denying as moot the exceptions of no cause and no right of action filed by defendant, Copart of Louisiana, Inc., is vacated. The plaintiffs' motion to voluntarily dismiss was only filed as to one defendant, Copart Catastrophe Response Fleet, LLC; accordingly, the district court's grant of that motion did not dismiss Copart of Louisiana, Inc. Therefore, the district court erred in finding the exceptions moot as to Copart of Louisiana, Inc. Accordingly, this matter is remanded for the district court to consider the exceptions filed by Copart of Louisiana, Inc.

JEW
MRT
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT